UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND, et al.

        Plaintiff,

v.                                                        Case No. 14-C-261

TIM BLOY,

        Defendant.

---

**ORDER**

---

On July 25 Plaintiff's counsel appeared telephonically and indicated, in response to the Court's questions, that the record would be supplemented on the issue of service of process. Nothing has been filed since that date. The case will be dismissed for failure to prosecute if nothing is received within 21 days of the date of this order.

**SO ORDERED** this 19th day of September, 2014.

                                                          /s William C. Griesbach
                                                          William C. Griesbach, Chief Judge
                                                          United States District Court