UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND, et al.,

        Plaintiff,

v.                                                 Case No. 14-C-261

TIM BLOY,

        Defendant.

---

## ORDER TO APPEAR

---

This matter is scheduled for a Show Cause Hearing on **January 14, 2015** at **3:30 p.m.** The defendant, Tim Bloy, is hereby ordered to appear before the court on this date and time to show cause why he should not be adjudged in and punished for contempt of court for disobeying this Court's Order to submit all documentation requested by plaintiffs.

Failure to appear for this hearing may result in the issuance of a warrant for Mr. Bloy's arrest.

SO ORDERED this 6th day of January, 2015.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach, Chief Judge
                                                     United States District Court